(EDKY-234)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-GENERAL

Case No: 5:17-CR-055-DCR-9    at: Lexington    Date: June 10, 2022

PRESENT: DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | M. Roller/R. Hernandez | Gary Todd Bradbury |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreters | Asst. U.S. Attorney |

DEFENDANT:  
Sergio Bucio  
(custody)

ATTORNEY FOR DEFENDANT:  
John W. Oakley, II  
(CJA)

PROCEEDINGS:  EVIDENTIARY HEARING

This matter was called for an evidentiary hearing regarding Defendant Bucio's motion to vacate, set aside, or correct his sentence filed pursuant to 28 U.S.C. § 2255.  [Record No. 551] The parties were present as noted.  United States Probation Officer Kendahl Granger also was present.  Following presentation of evidence, the parties provided additional arguments regarding their respective positions.

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Defendant Bucio's motion [Record No. 551] is **TAKEN UNDER ADVISEMENT**.

2. The defendant is remanded to the custody of the United State Marshal pending further proceedings.

Dated: June 10, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

Copies: USM, USP, COR
Deputy Clerk lkm
TIC: 1.40

1