UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 17-055-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 21-305-DCR |
| | ) | |
| SERGIO BUCIO, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States with respect to all issues raised by Defendant/Movant Sergio Bucio in this proceeding under 28 U.S.C. § 2255.

2. The defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated: June 13, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky